FRANK ADAMO, as Executor of NORMA ROSE, Deceased, et al., Appellants, v BROWN & WILLIAMSON TOBACCO CORPORATION, as Successor in Interest to THE AMERICAN TOBACCO COMPANY, et al., Respondents, et al., Defendant.

Submitted February 9, 2009; decided March 26, 2009

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 11 NY3d 545 (2008)].

Chief Judge LIPPMAN taking no part.

In the Matter of VIRGINIA ADAMS et al., Appellants, v RICHARD S. SCHOENSTADT et al., as Board of Assessors of the Town of Schroon, Respondents.

Submitted February 2, 2009; decided March 26, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.